UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KEVIN RUFF                                                              PETITIONER

V.                                                      CIVIL ACTION NO.1:08CV101-D-D

RAY BRAYLOCK, et al.                                                   RESPONDENTS

**FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 9, 2009, was on that date duly served by first class mail upon the petitioner, and the attorneys of record for the respondents; that more than ten days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 9, 2009, be, and it is hereby, approved and adopted as the opinion of the Court; and

2. That Respondents' Motion to Dismiss be and hereby is granted.

3. That Petitioner's claim for damages, improperly included in the petition be and hereby is dismissed without prejudice.

THIS, the 10th day of March, 2009.

_____
SENIOR JUDGE